# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Arete Associates ) | ASBCA Nos. 59302, 59389 |
| ) | |
| Under Contract No. N00014-03-C-0153 *et al.* ) | |

APPEARANCES FOR THE APPELLANT: Stephen D. Knight, Esq.
Zachary D. Prince, Esq.
  Smith Pachter McWhorter PLC
  Vienna, VA

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Samuel W. Morris, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 12 February 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59302, 59389, Appeals of Arete Associates, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals